UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. **24-362M** ) ) |
| **BRANDON JONES** | ) ) |
| Defendant. | ) ) |

<u>O R D E R</u>

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **31ST** day of **OCTOBER**, 2024, ORDERED that Federal Public Defender **Eleni Kousoulis, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Laura D. Hatcher
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

OCT 3 1 2024

U.S. DISTRICT COURT DISTRICT OF DELAWARE