# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. A. No. 24-362M |
| | ) |
| BRANDON JONES, | ) |
| | ) |
| Defendant. | ) |

FILED

OCT 3 1 2024

U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ORDER PURSUANT TO FED. R. CRIM. P. 5(f)

The Court confirms that the government has a continuing obligation pursuant, to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 ( 1972), and subsequent cases, to timely disclose and produce all information favorable to the defense as to criminal liability on the charged offense (s) or mitigation of any punishment that may be imposed. Such favorable Information includes information that may cast doubt on the credibility of government witnesses. The court hereby orders that the government do so at the appropriate time .

This Order is entered pursuant to Federal Rules of Criminal Procedure 5(f) and does not relieve either party of any other discovery obligations. The possible consequences for violating a *Brady* obligation and/or this Order could include, but are not limited to, contempt proceedings, sanctions, referral to a disciplinary authority, adverse jury instructions, exclusion of evidence, and dismissal of charges.

IT IS SO ORDERED.

Dated: 10/31/24

_____
HONORABLE LAURA D. HATCHER
UNITED STATES MAGISTRATE JUDGE