IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 24-108-UNA |
| BRANDON JONES, | : |
| Defendant. | : |

FILED NOV 14 2024 U.S. DISTRICT COURT DISTRICT OF DELAWARE

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### DEFINITION

For purposes of this Indictment, the term "child pornography" is defined in Title 18, United States Code, Section 2256(8), and means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, of a minor engaging in sexually explicit conduct. This includes a digital or computer image that is indistinguishable from that of a minor. The term "sexually explicit conduct" is defined in Title 18, United States Code, Section 2256(2)(A), and includes but is not limited to: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; masturbation; and graphic or simulated lascivious exhibition of the anus, genitals, or pubic area of any person. Moreover, the term "visual depiction" is defined in Title 18, United States code, Section 2256(5), and includes but is not limited to data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not

1

stored in a permanent format. Finally, the term "minor" is defined in Title 18, United States Code, Section 2256(1), as any person under the age of eighteen years.

## COUNT ONE

### (Possession of Child Pornography)

On or about October 30, 2024, in the District of Delaware, the defendant, **BRANDON JONES**, did knowingly possess one or more visual depictions using any means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means, including by a computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct. The defendant did so after having obtained a prior conviction under the laws of the State of Delaware relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography.

All in violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

## NOTICE OF FORFEITURE

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **BRANDON JONES**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253: (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in commission of the offenses; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property

traceable to such property.

    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divide without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL:

███████████████████████
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: *[signature]*
Briana Knox
Claudia L. Pare
Assistant United States Attorneys

Dated: November 14, 2024