## DEFENDANT INFORMATION SHEET

TO: Clerk, U.S. District Court    [X] Felony    [ ] Class A Misdemeanor

DEFENDANT: Brandon Jones    [X] Indictment    [ ] Information

DOB (Year Only): 1995    COUNTY OF OFFENSE: New Castle

### OFFENSE(S) & CITATION(S):  MAXIMUM PENALTIES:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTIES |
|---|---|
| Count 1: 18 U.S.C. § 2252(a)(4)(B), in violation of Possession of Child Pornography | 20 years imprisonment w/ mand. min. 10 years; lifetime of supervised release, w/ mand. min. 5 years; $250,000 fine; $100 special assessment; $5,000 Special Assessment per 18 U.S.C. § 3014. |

### INSTRUCTIONS

[X] Order to Produce for Arraignment on: _____ at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: _____ at _____

[ ] Interpreter Needed    Language _____

### DEFENDANT INFORMATION

Defendant's Address: Philadelphia Federal Detention Center, 700 Arch Street

City: Philadelphia    County: _____    State: PA    Zip: 19106

Date of Arrest: 10/30/2024    Date of 1st Appearance in this District: 10/31/2024

Bail Set: _____    Date Made: _____    Remains in Federal Custody [X]

*/s/ Briana Knox*
Briana Knox
Assistant United States Attorney