I, BRANDON JONES having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 21st day of Nov., 2024

Deft. Brandon Jones

Cnsl.

FILED

NOV 21 2024

U.S. DISTRICT COURT DISTRICT OF DELAWARE