# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :
                                             :
                          Plaintiff          :
                                             :
        v.                                   :    Criminal Action No. 24-108-GBW
                                             :
BRANDON JONES,                               :
                                             :
                          Defendant.         :
                                             :

## SUPERSEDING INFORMATION

The Acting United States Attorney for the District of Delaware charges that:

## COUNT ONE
### (Importation of Obscene Matters)

From in or around September 2024 through in or around October 2024, in the District of Delaware, the defendant, **BRANDON JONES**, did knowingly use any express company or other common carrier or interactive computer service, for carriage in interstate or foreign commerce, any obscene, lewd, lascivious, or filthy phonograph recording, electrical transcription, or other article or thing capable of producing sound, in violation of Title 18, United States Code, Section 1462(b).

## NOTICE OF FORFEITURE

Upon conviction of the offense set forth in Count One of this Superseding Information, the defendant, **BRANDON JONES**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 1467 any and all interests in any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, or that was used or intended to be used to commit or

promote the commission of the offense, including any obscene material produced, transported, mailed, shipped, or received as part of the offense, including but not limited to a Samsung SM-A546V that is currently in the custody of law enforcement.

If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;
      b.     has been transferred or sold to, or deposited with, a third party;
      c.     has been placed beyond the jurisdiction of the court;
      d.     has been substantially diminished in value; or
      e.     has been commingled with other property which cannot be divide without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. 1467(b).

SHANNON T. HANSON
ACTING UNITED STATES ATTORNEY

By:    */s/ Briana Knox*
       Briana Knox
       Assistant United States Attorney

Dated: May 8, 2025