I, Brandon Jones , having requested
and been granted leave of the Court
(Williams, J.) do hereby change my
plea from that of NOT GUILTY to that of
GUILTY or NOLO CONTENDERE as to Counts
_____ One _____ in Open Court,
this 8th day of May , 20 25 .

x Brandon Jones
Deft.

Cnsl.