IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 24-cr-108-GBW |
| BRANDON JONES, | : |
| Defendant. | : |

**DEFENDANT'S SENTENCING MEMORANDUM**

Brandon has struggled for guidance since he was very young. One of his earliest memories is of his father in a hospital bed after a catastrophic car accident. **Pre-Sentence Report ("PSR") ¶ 82**. That accident changed his father's life, leaving him permanently impaired and forced to survive on disability payments. The accident also changed his parent's marriage and thus the home environment in which Brandon was raised. **PSR ¶¶ 83-84**.

Brandon struggled in school and wrestled with his own sexuality. In high school he began dating a female peer because he wanted to be "normal." **PSR ¶ 86**. He did not feel like he had anyone in his life who understood him or in whom he could confide. He was lost, searching for an understanding of himself, and without anyone to show him healthy outlets for the angst and self-hate that he felt internally. He began spending time online and viewed pornography as an outlet. He began looking at child sexual abuse material when he was still in high school. His first conviction for possession of those materials came when he

was just twenty years old. He spent 13 days in custody and completed probation without incident.

Despite that case, it does not appear that anyone in his life put any emphasis on getting him psychological counseling to process why he viewed those materials and develop coping habits to avoid such an impulse in the future. The following year his mother was diagnosed with colon cancer, which resulted in her declining health and eventual death. Alone in a house with his father, Brandon struggled. He was the sole financial provider and had few friends. Although he is become a skilled mason and avoided other legal trouble, he suffered internally and began to drink.

I. SENTENCING FACTORS

When confronted by agents regarding his download of the subject material he immediately confessed and unlocked his phone for investigators. In the year since his arrest, he has processed his reasons for downloading that material and committed to counseling upon release. He is remorseful, as the PSR makes clear. **PSR ¶ 45**. It is respectfully suggested that a sentence of sixty (60) months, three years of supervised release, and a $100 special assessment fee is appropriate punishment. This sentence serves the interests of justice and is sufficient, but not greater than necessary, to satisfy the purposes of sentencing as set forth at 18 U.S.C. § 3553(a). This suggested sentence considers Brandon's history and characteristics and the nature and circumstances of his criminal conduct.

When determining an appropriate sentence, this Court is guided by the §3553(a) factors. The parties agree that a guideline sentence of sixty (60) months incarceration is appropriate here.

A. TERM OF SUPERVISED RELEASE

The maximum allowable term of supervised release is three years. **PSR ¶ 117**. Brandon recommends that the court impose all three years.

B. RESTITUTION

Brandon agrees that restitution is appropriate and required. An amount of $3,000 per victim, as recommended by the United States Probation Office, is adequate and justified. Moreover, Brandon consents to specific restitution orders of $3,500 and $4,000 for two of the eight victims, as requested by the government. Therefore, he consents to a total order of $25,500. Brandon hopes to return to work quickly upon his release and anticipates being able to make the recommended payment of $100 per month. **PSR ¶ 151.**

II. CONCLUSION

For the foregoing reasons it is respectfully requested that this court impose a sentence of sixty (60) months and a period of three years supervised release with further conditions of release to be fashioned by the court at the time of sentencing.

Respectfully submitted,

ELENI KOUSOULIS
Federal Public Defender

Dated: September 3, 2025

/s/ *Conor Wilson*
CONOR WILSON, ESQ.
Assistant Federal Public Defender
800 King Street, Suite 200
Wilmington, DE 19801
(302) 573-6010
de_ecf@fd.org

Attorneys for Brandon Jones